**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SIRE SPIRITS, LLC,

                Plaintiff,                      21 **CIVIL** 7343 (JPC)

      -against-                                 **JUDGMENT**
                                                **For Attorney's Fees and Costs**

MITCHELL GREEN,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 1, 2022, Sire Spirits filed a motion on June 21, 2022, seeking its attorneys' fees and costs, requesting $177,836.75 in fees and $798 in costs. Dkt. 46. Because the hourly rates billed and the number of hours worked by Sire Spirits's legal team were excessive given the needs of this case, the Court has granted its motion with adjustments to both the requested hours and requested rates. The Court has approved as reasonable the $798 in costs for courier and filing services. See Dkt. 46 at 24-25. Thus, in total, the Court awards $89,305.50 in fees and costs for Sire Spirits; accordingly, the case is closed.

**Dated:** New York, New York
          November 2, 2022

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**
                            **BY:**          K. Mango

                                                        **Deputy Clerk**